No. 3609.—El Pueblo, apldo., v. Sánchez, aplte.—C. D. Arecibo. ▮▮▮▮▮▮▮ Enero 24, 1929.

Por cuanto, en el pretendido alegato suscrito por el propio acusado se discute la prueba y se pide la revocación de la sentencia sin presentar otra cuestión legal;

Por cuanto no tenemos ante nos por no haberse incorporado a los autos la prueba que discute en su escrito el apelante;

Por tanto, de acuerdo con la ley y la jurisprudencia se

confirma la sentencia apelada que dictó en este caso la Corte de Distrito de Arecibo en octubre 21, 1927.